UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JILLIAN JOHN,                                                          MEMORANDUM
                  Plaintiff,                                  AND ORDER
      - against -
KINGSBROOK JEWISH MEDICAL                              11-CV-3624 (MKB) (JO)
CENTER / RUTLAND NURSING HOME,
                  Defendant.
----------------------------------------------------------X

James Orenstein, Magistrate Judge:

       I deny the plaintiff's motion to compel the production of further information about "official," oral, and written complaints made about her. *See* Docket Entry ("DE") 53. I heard the parties' arguments on the plaintiff's requests for such information, among other requests, at a conference on February 2, 2012, and ruled that the defendant's responses had been sufficient. *See* DE 22 (transcript) at 24. However, I provided the plaintiff with a further opportunity to raise the matter: "If you think that there's no sufficient information there, I think what you should do is send me copies of what they provided in response and why you think that doesn't answer the questions. Then I'll get a response from [the defendant's counsel] and we'll take it from there[.]" *Id*. In her latest motion, the plaintiff writes only that she is "dissatisfied" with the defendant's production because "she believes that all of the information requested was/is important to her in proving her case." DE 53 at 1. The plaintiff provides no further explanation as to why the information the defendant has produced to date concerning complaints against her is insufficient. I therefore adhere to my earlier ruling.

       To the extent the defendant's response to the motion to compel includes several new requests for relief on the defendant's behalf, *see* DE 54 at 1-4, I deny the requests without prejudice to the defendant's right to file a motion for such affirmative discovery relief as it deems appropriate. Any such motion should be styled as such on the docket, and should, with respect to

each request for relief, comply with Rule III.A.1 of my individual practice requirements. The

plaintiff shall respond in writing to any such new motion within three business days of its filing.

I respectfully direct the defendant to provide a copy of this Order to the plaintiff and to file

proof of such service on the docket.

SO ORDERED.

Dated: Brooklyn, New York
      May 2, 2012

                                                      /s/
                                    JAMES ORENSTEIN
                                    U.S. Magistrate Judge